# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Division

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 DEC 14 PM 1:56

DEPUTY CLERK _____

ORIGINAL

## Amended

Plaintiff: BENNIE P. WASHINGTON

v.

Defendant: Concentra Clinic

Civil Action No. 3:15-cv-03698-N-BK

### COMPLAINT

I went to Concentra Clinic to get a DOT test for my job and the medical doctor that saw me that day ask me to pull down my underwear i ask her was it something new she said she but she lied to me but on her paperwork she said she was checking for a hernia or lumpness. but not a part of DOT because I called the corporate office and ask and they no it not a part of DOT test.

* Attach additional pages as needed.

Date: 12-14-15
Signature: Bennie Pipkins Washington
Print Name: BENNIE PIPKINS WASHINGTON
Address: 2448 Laughlin Dr #233
City, State, Zip: Dallas TX 75228
Telephone: (469) 316-5117