IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BENNIE P. WASHINGTON, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 3:15-CV-3698-N-BK | |
| § | | |
| CONCENTRA CLINIC, § | | |
| Defendant. § | | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that this case is **DISMISSED** *sua sponte* without prejudice for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

The Clerk of the Court is **directed** to close this case.

SIGNED this 28th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE